```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANDREW J. KAMPURIES,                                        :
                              Plaintiff,                    :
                                                            :      23 Civ. 7195 (LGS)
              -against-                                     :
                                                            :            ORDER
THE PORT AUTHORITY OF NEW YORK                              :
AND NEW JERSEY, et al.,                                     :
                              Defendants.  X
------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 1, 2023, Defendants submitted a pre-motion letter for a motion to dismiss.

WHEREAS, on September 12, 2023, Plaintiff filed an application for the Court to request pro bono counsel.

WHEREAS, a conference was held on October 18, 2023.  It is hereby

**ORDERED** that the parties shall brief Defendants' motion to dismiss as follows:

- By **November 8, 2023,** Defendants shall file their motion, with a memorandum of law in support no longer than twenty-five pages.

- By **December 6, 2023,** Plaintiff may file his opposition, no longer than twenty-five pages.

Defendants shall provide pro se Plaintiff with a copy of the notices required under Local Civil Rules 12.1 or 56.2 and the authorities required under Local Civil Rule 7.2.  It is further

**ORDERED** that discovery shall be stayed until Defendants' motion to dismiss is resolved.  It is further

**ORDERED** that Plaintiff's application for the appointment of pro bono counsel is **DENIED** without prejudice to renew when and if a trial is scheduled and the case is not earlier resolved or dismissed.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 23, and to mail a copy of this Order to Plaintiff's mailing address.

Dated: October 19, 2023
      New York, New York

                                        LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE